IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE BROTHERS, JR. #235 033     *

    Plaintiff,     *

    v.     *     2:06-CV-168-MHT
                                                               (WO)

PRISON HEALTH SERVICES, INC., *et al.*,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion to Proceed. The court has considered Plaintiff's motion and construes it as a request that he be allowed to proceed in this action without prepayment of the initial partial filing fee until such funds became available to him. Upon consideration of the motion, the court concludes that the motion shall be granted. Plaintiff is advised, however, that this court must, under the provisions of 28 U.S.C. § 1915(b)(1), "assess and, when funds exist, collect" the $250.00 filing fee from monies available to Plaintiff, when the amount in Plaintiff's account exceeds $10.00. The court may not waive or exempt Plaintiff from compliance with the statutory provisions regarding payment of filing fees. Accordingly, it is

ORDERED that Plaintiff's March 24, 2006 pleading, construed as Motion to Proceed Without Payment of the Court-Ordered Initial Partial Filing Fee Until Funds Become Available (Doc. No. 9), be and is hereby GRANTED.

Done this 29th day of March, 2006.

                                        /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE