IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE BROTHERS, JR. #235033,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.  2:06cv168-MHT |
| ) | |
| PRISON HEALTH SERVS., INC., *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

**ORDER**

On April 4, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows that:

1. The plaintiff's claims against the Alabama Department of Corrections be and are hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. The Alabama Department of Corrections be and is hereby DISMISSED as a party in this cause of action;

3. This case, with respect to the plaintiff's claims against the remaining defendant(s), be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 28th day of April 2006.

           /s/   Myron H. Thompson          
UNITED STATES DISTRICT JUDGE