IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE BROTHERS, JR., #235033  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:06cv168-MHT |
| ) | |
| PRISON HEALTH SERVS., INC., *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

**ORDER**

On June 15, 2006 (doc. no. 36), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the motion for preliminary injunction (doc. # 35) be and is hereby DENIED.

It is further ORDERED that this cause is referred back the Magistrate Judge.

DONE, this the 28th day of July, 2006.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE